IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EXELIXIS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-871 (RGA) (JLH) |
| | ) | **CONSOLIDATED** |
| TEVA PHARMACEUTICALS | ) | |
| DEVELOPMENT, INC. and TEVA | ) | |
| PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's March 9, 2023 Oral Order (D.I. 46), the parties submit this joint status report in the above-captioned consolidated action.  The above-captioned matter has been stayed pending the resolution of consolidated patent infringement actions brought under the Hatch Waxman Act by Exelixis, Inc. against MSN Laboratories Pvt. Ltd. and MSN Pharmaceuticals, Inc., Civil Action No. 22-228 (consolidated) ( "MSN Litigation").  *See* D.I. 43.  The MSN Litigation is scheduled for a three-day bench trial beginning on October 23, 2023.  Pursuant to the stay ordered by the Court, within seven days of the resolution of the MSN Litigation, either by settlement or by the entry of judgment resolving all issues pending before the Court, the parties are to notify the Court and submit a proposed Order lifting the stay.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*
Jack B. Blumenfeld (#1014)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff*


March 13, 2023

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*
John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendants*